Russell Brown
CHAPTER 13 TRUSTEE
Suite 800
3838 North Central Avenue
Phoenix, Arizona 85012-1965
602.277.8996

UNITED STATES BANKRUPTCY COURT

DISTRICT OF ARIZONA

| In re | Chapter 13 |
|---|---|
| BRIDGET N. FAIN, | Case No. 0-24-bk-05444-PS |
| | **TRUSTEE'S RECOMMENDATION** |
| | Deadline is October 23, 2024 |
| Debtor. | |

The Trustee has reviewed the Plan, Schedules, and Statement of Financial Affairs. The Trustee notes the following issues, which must be resolved before recommending confirmation of the Plan:

1) The Debtor's Schedule J discloses a payroll deduction for the repayment of a 401(k) loan. The Trustee requires receipt of the loan documents as the disposable income requirement of § 1325(b) is at issue.

2) Other requirements:

(A) When a debtor is represented by counsel, all debtor documents are to be submitted to the Trustee through the bkdocs.us website after redaction of PII. Local Rule 2084-27. Such documents include tax returns, bank statements, paystubs, and so on.

(B) The attorney is to review all proofs of claim on the claims register and resolve any discrepancies between relevant claims and the Plan prior to submitting any proposed Order

Confirming Plan to the Trustee. Attachments to secured claims should be reviewed to see if there is a balloon payment. Also, when counsel provides a proposed order confirming plan to the Trustee, counsel must file or create a notice on the Court docket. L.R.B.P. 2084-13(b).

(C) Requests by the Trustee for documents and information are not superseded by the filing of an amended plan or motion for moratorium.

(D) Before submitting a proposed order, the attorney for the Debtor(s) should verify plan funding using the funding http://www.chapter13.info/funding-calc-main.aspx.

(E) The Trustee will object to any reduction in the Plan duration or payout in a proposed Order Confirming Plan unless an amended or modified plan is filed and noticed out.

(F) The Trustee requires that any proposed Order Confirming Plan state: "The Plan and this Order shall not constitute an informal proof of claim for any creditor."

(G) To expedite the order review process, counsel must use the recommended form for the order confirming plan. If counsel needs the Trustee's latest form, then contact the applicable case administrator..

(H) The order confirming plan **must** be accompanied by a cover letter that goes over the Trustee's Recommendation items by each paragraph. If counsel fails to use the order form and provide such letter, the Trustee will reject the proposed order outright and the time to comply with the Recommendation is not extended.

(I) The order confirming plan is to state: Within 14 days of filing them, the Debtors shall provide a copy of their 2023-2026 federal and state income tax returns, including all attachments, forms, schedules and statements, to their attorney. After appropriate redaction of PII, Debtors' attorney is to promptly provide the returns to the Trustee through the website www.bkdocs.us.

- 2 -

1

2     (J) Nothing in the Plan or Order Confirming Plan is to alter counsel's obligation to represent

3 the Debtors. Counsel is to represent the Debtor(s) in all matters regardless of the fee agreement until

4 the Court issues an order permitting counsel to withdraw or the case is closed.

5     (K) According to Paragraph II.H.3. of the "Administrative Procedures for Electronically Filed

6 Cases," as governed by Local Rule 5005-2(e), the Debtors' attorney is to retain the original

7 signatures of all signatories to the Stipulated Order Confirming Plan (other than that of the Trustee).

8 Pursuant to Local Rule 2084-13(c), the Trustee will upload the proposed Order Confirming a plan

9 or granting a motion for a moratorium.

10

11    (L) The proposed order confirming plan, any responses to this recommendation, and

12 documents submitted in response to this recommendation are to be submitted to the applicable case

13 administrator in the Trustee's office.

14    PLAN PAYMENT STATUS:  The Debtor's interim payments of $100.00 each are current

15 through due date September 4, 2024.  Subsequent payments are due each following month. The

16 Trustee reminds the Debtor that he or she may access case information from the Trustee's office,

17 such as plan payments received, by going to www.ndc.org.  Then, click the box that says Get Started.

18 It's Free! And follow the instructions.

19

20

21

22

23

24

25

26

27

28                                    - 3 -

1

    SUMMARY: Pursuant to Local Rule 2084-10(b), by October 23, 2024, Debtor is to resolve all

2

of the above issues and provide the Trustee with a proposed order confirming plan that meets the

3

4

above requirements, or the Debtor must file an objection to the Recommendation and obtain a

5

hearing date. If neither is accomplished, then the Trustee could file a notice of intent to lodge a

6

dismissal order.

7

8

9

10   Copy mailed or emailed to:

11   BRIDGET N. FAIN
      3279 NORTH YUMA STREET
12   KINGMAN, AZ 86401

13
      PHOENIX FRESH START
14   THOMAS ADAMS MCAVITY
      4131 MAIN STREET
15   SKOKIE, IL 60076-2780
      DOCUMENTS@PHXFRESHSTART.COM
16   TOM@NWRELIEF.COM
      FAIZA@PHXFRESHSTART.COM
17

18

19
    _____
20   *dsmith@ch13bk.com*
      Case Analyst
21

22

23

24

25

26

27

28                 - 4 -